B1 (Official Form 1)(4/10)

| **United States Bankruptcy Court**<br>**District of Massachusetts** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Maxton Technology, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**04-3513359** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**50 Eastman Street**<br>**South Easton, MA**<br>ZIP Code **02375** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Bristol** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ■ Chapter 7<br>☐ Chapter 9    ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 11    of a Foreign Main Proceeding<br>☐ Chapter 12    ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13    of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,   ■ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as    business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**       THIS SPACE IS FOR COURT USE ONLY

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)                                                                                                          Page 2

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Maxton Technology, Inc.** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)        (Date) |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

        _____
        (Name of landlord that obtained judgment)


        _____
        (Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)

**Page 3**

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Maxton Technology, Inc. |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)

Nina M. Parker 399990
Printed Name of Attorney for Debtor(s)

Parker and Associates
Firm Name
10 Converse Place
Winchester, MA 01890

Address

Email: nparker@ninaparker.com
(781)729-0005  Fax: (781)729-0187
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

Kevin Cunningham
Printed Name of Authorized Individual

President and Director
Title of Authorized Individual

11-23-2011
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
### District of Massachusetts

In re   **Maxton Technology, Inc.**                                       Case No.
                                                    Debtor(s)   Chapter   **7**

# VERIFICATION OF CREDITOR MATRIX

I, the President and Director of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true

and correct to the best of my knowledge.

Date:   **November 23, 2011**                     **/s/ Kevin Cunningham**
                                                  **Kevin Cunningham/President and Director**
                                                  Signer/Title

A.C. Communication Inc
26 Upper Meehan Road
Bristol, VT 05443

Acentech
33 Moulton Street
Cambridge, MA 02138

Advanced Safety Systems, Inc.
141 Summit Street
Peabody, MA 01960-5198

AirGas
38 George Leven Drive
North Attleboro, MA 02760

All American Fence Co Inc
100 Marble St
Lee, MA 01238

All Tite
PO Box 340374
Hartford, CT 06134

Allan Benoit
260 HOPE STREET
Bristol, MA 02809

American Arbitration Associati
950 Warren Ave
East Providence, RI 02914

American Express
PO Box 1270
Newark, NJ 07101-1270

AmQuip Corporation
Shaughnessy
PO Box 8500-2945
Philadelphia, PA 19178-2945

Apollo Roofing & Sheet Metal
316 Lockwood Street
Providence, RI 02907

AT&T
PO Box 8110
Aurora, IL 60507-8110

AT&T Mobility
PO Box 6463
Carol Stream, IL 60197-6463

ATC Associates Inc
600 West Cummings Park
Suite 5500
Woburn, MA 01801

Atwell LLC
Two Towne Square Suite 700
Southfield, MI 48076

Bay State Design Inc.
241 Boston Post Road
Marlborough, MA 01752

Benedetto, Geagan & King
27 South Street
Po Box 1069
Northborough, MA 01532

BlueCross Blue Shield of Mass
P.O. Box 4701
Woburn, MA 01888.4701

Bowmar Steel Industries
649 Oak Street
East Bridgewater 02333

Brandon Watkins
1704 RESERVE DR
CLINTON, MS 39056

Brandon Zelon
75 South Union Ave
# 424
Pawtucket, RI 02860

Briggs Engineering & Testing
PK Associates Inc
PO BOX 369
Rockland, MA 02370

Broad and Cassell
390 NORTH ORANGE AVENUE
SUITE 1400
ORLANDO, FL 32801

Brody Electrical Service LLC
62 Hamilton Ave
Wayne, NJ 07470

BT&E Utility Products Inc
13 Fortune Drive
Billerica, MA 01821

Building Networks LLC
831 Beacon St. #259
Newton, MA 02459

Cablevision
PO Box 371378
PITTSBURGH, PA 15250-7378

Carolyn Lansberry
c/o Elayne Alanis,
10 Tremont St
Boston, MA 02108-2008

Casner & Edwards LLP
303 Congress Street
Boston, MA 02210

Cellectric Electrical Corp
14 Corporate Circle
East Syracuse, NY 13057

Centerline Communications LLC
960 Turnpike Street Suite 28
Canton, MA 02021

ChappellEngineeringAssociates
201 Boston Post Road West
Suite 301
Marlborough, MA 01752

Charter Oak Country Club
PO Box 814
Hudson, MA 01749

CIT Technology Fin Serv, Inc
21146 Network Place
Chicago, IL 60673-1211

Citizens Bank Mastercard
P.O. Box 9655
Providence, RI 02940

City Of Chelsea
Parking Violations
PO Box 447
Marlborough, MA 01752-0447

CLP Resources, INC. (Labor Ready)
P.O.Box 534504
ATLANTA, GA 30352-4504

Colonial Chem-Dry
152 Milford Street
Upton, MA 01568

Columbia Gas of MA
PO Box 742514
CINCINNATI, OH 45274-2514

Concentra
PO Box 75430
Oklahoma City, OK 73147-0430

Constructive Solutions
3790 Commerce Court
Suite 600
North Tonawanda, NY 14120

Cooper Electric Supply Company
933 Cedarbridge Avenue
Brick, NJ 08723-4111

CPS Corporation
41 Brigham street
Unit# 12
Marlboro, MA 01752

Crane & Rigging Services, LLC
795 Plymouth Stree
PO Box 311
Holbrook, MA 02343

David Gadbois
2 Mount Royal Ave., Suite 202
Marlborough, MA01752

David Granowitz Real Estate
400 East 54Th Street (#4C)
New York, NY 10022

Delta Dental of Massachusetts
Attn: Lauri Mcnamara
465 Medford St
Boston, MA 02129

Department of Revenue
State of Mississippi
PO Box 23075
Jackson, MS 39225-3075

Donald Haes
PO Box 368
Hudson, NH 03051

Dostoomian Roofing Systems, In
16 Tosca Drive
Stoughton, MA 02072

Driscoll Agency
93 Longwater Cirlcle,
PO Box 9120
Norwell, MA 02061

Eastern Propane & Oil
11 Forge Parkway
Franklin, MA 02038

Electrical Wholesalers Inc
100 Campanelli Parkway
Stoughton, MA 02702

Electro Wire Inc
933 East Remington Road
Schaumburg, IL 60173

Emergency Power System, LLC
300 Mile Crossing Blvd
Rochester, NY 14624

Enterprise Fleet Management
Customer Billing
PO Box 800089
Kansas City, MO 64180-0089

Enterprise Fleet Management
P.O. Box 800089
Kansas City, MO 64180

Enviro Business Inc
EBI Consulting
21 B Street
Burlington, MA 01803

EOMS Recycling Inc
PO Box 3608
Brockton, MA 02304

ERD Consulting LLC
55 Lynn Road
Ivoryton, CT 06442

Ernestina Mara Gomes Silva
145 Ward St., Apt. 48
Revere, MA 02151

Fallon Community Health Plan
10 Chestnut Street
Worcester, MA 01608

Fast Lane Service Center
PO Box 632
Auburn 01501-0632

Fastenal
P O Box 1286
Winoma, MN 55987-1286

Federal Airways and Airspace
PO Box 373026
Satellite Beach, FL 32937-1026

Feeley Plumbing & Heating
46 Veronica Lane
Weymouth, MA 02189

Feldman Bros Electrical Supply
26 Maryland Avenue
Paterson, NJ 07503

Ferrucci Russo PC
55 Pine Street 4th Floor
Providence, RI 02903

Firepro
1600 Osgood Street
North Andover, MA 01845-1048

Ford Credit
P.O. Box 9438
Palatine, IL 60094

Ford Credit
PO Box 94380
Palatine, IL 60094-4380

Ford Credit
P.O. Box 94380
Palatine, IL 60094

Frank Colasurdo Architecht Inc
33 Woodport Road
Sparta, NJ 07023

French and Parrello Associates
1800 Route 34, Suite 101
Wall, NJ 07719

Galasso Trucking & Rigging Inc
2 Galasso Place
Maspeth, MA 11378

Graybar Electric Co. Inc.
345 Harrison Avenue
Boston, MA 02118

Greenleaf HVAC
28 Harold Street
Worcester, MA 01604

GTC Wireless Partners LLC
273 Chelmsford Street
Chelmsford, MA 01824

Hart Security Systems Ltd
Automatic Alarm Co.
PO Box 850587
Braintree, MA 02185

Harvey Electric
44 Baker Road
Chazy, NY 12921

Highline Riggers LLC
PO box 701
Naugatuck, CT 06770

HPC Development LLC
53 Lake Ave Ext
Danbury, CT 06811

Hudson Design Group LLC
1600 Osgood Street
Bldg 20 North, Suite 2-101
N. Andover, MA 01845

InfoMart
1582 Terrell Mill Road, SE
Marietta, GA 30067-6048

Insight Performance Inc
Dedham Executive Center
990 Washington St. Suite S109
Dedham, MA 02026

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

Internal Revenue Service
PO Box 9941
Stop 5300
Ogden, UT 84409-0941

IRA Smith Truck Rental
107 Eastman Street
South Easton, MA 02375

IWS of New Jersey
PO Box 554046
Detroit, MI 48255-4046

J&J landscaping, LLC
321 West Second Street
East Syracuse, NY 13057

J.A. Lee Electric, Inc.
23-55 Borden Ave.
Long Island City, NY 11101

Jacqueline Slaga
95 Indian Trail
Saunderstown, RI 02874

Jakeweld, Corp
DBA Heritage Welding&Fabricat
329 West main Street
Northborough, MA 01532

James Tuirok
76 FRIENDLY RD
CRANSTON, RI 02910

Jill Jones Wireless Consultant
6928 Cresheim Road
Philadelphia, PA 19119

JLS Electric Inc
PO Box 812
3182 Route.22
Dover Plains, NY 12522

John Coles
9 ABBOTT ROAD
Maynard, MA 01754

Joyce & Joyce, LLC
75 Pearl Street Suite 204
PO Box 48
Portland, ME 04412-0048

K J Eastman LLC
50 Eastman Street
South Easton, MA 02375

Kenneth Sparacino
9 Wood Hollow Drive
West Hampton, NY 11977

Kevin's Electric Inc
109 Cascade Road
Old Orchard Beach, ME 04064

KGI Wireless
6200 Bridge Point Pkwy
Bldg 4, Suite 520
Austin, TX 78730

KJ Eastman, LLC
50 Eastman Street
South Easton, MA 02375

Konica Minolta
21146 Network Place
Chicago, IL 60673

Konica Minolta Business
21146 Network Place
Chicago, IL 60673-1211

Litos Strategic Communication
684 Warren Ave
E. Providence, RI 02914

Locke Crane Services, LLC
PO Box 219
Raymond, NH 03077

Logan Steel
1150 Old Colony Road
Meriden, CT 06451

Lucy JY Jen
21 Pondside Drive
Bolton, MA 01740

Lynch Appraisal Ltd
15 Dewey Street
Huntington, NY 11743

MA Division of Unemployment As
19 Staniford St
5th Floor Avenue
Boston 02114

Mahwah Industrial Asso. LLC
248 Columbia Turnpike
Florham Park, NJ 07932

Maine Service Provider Tax
PO Box 1065
Augusta, ME 04332-1065

Marc Capuno
457 BOSTON TURNPIKE
APT 2
SHREWSBURY, MA 01545

Marlborough Office Center, Inc
241 Boston Post Road West
Marlborough, MA 01752

Martin Environmental Solutions
8823 San Jose Blvd
Suite 103
Jacksonville, FL 32217

Marvair
PO Box 400
Cordele, GA 31010

Massachusetts Department of Revenue
Bankruptcy Unit
P.O. Box 9564
Boston, MA 02114-9564

Michael Mooney
1505 WEST LINCOLN HIGHWAY
LANGHORNE, PA 19047

Michael Tremblay
277 Main Street
Marlborough, MA 01752

Millenium Fence
222 Webster Street
Rockland, MA 02370

Mirick O Connell
1800 West Park Drive,
Suite 400
Westborough, MA 01581-3926

Munro Distributing Co.
33 Commercial St.
Raynham, MA 02767

National grid
Miscellaneous Billing Dept
300 Erie Blvd. West
Syracuse, NY 13202

National Grid
PO Box 11737
NEWARK, NJ 07101-4737

National Grid
PO Box 11742
Newark, NJ 07101-4742

NE Electrical Distributors
135 Will Drive
Canton, MA 02021-3710

Nelson Pope Engineering&Survey
572 Walt Whitman Road
Melville, NY 11747

NES Rentals
8770 W. Bryn Mawr
Suite # 400
Chicago, IL 60631

New England Fuel Institute
20 Summer Street
PO Box 9137
Watertown, MA 02471-9137

New York State Dept Of Labor
Build. 12 Rm. 161A
State Office Campus
Albany, NY 12240

NGB Electric LLC
40 North K Street
Johnston, RI 02919

NK Communications
8101 Ridgepoint Drive
Suite 108
Irving, TX 75063

Norfolk Utility Truck Service
57B Mendon St
Bellingham, MA 02019

Northeast Planning Service Inc
210 Bear Hill Road
Waltham, MA 02451

Northeast Survey Consultant PC
116 Pleasant Street Suite 302
PO Box 109
Easthampton, MA 01027

Northern Roofing
119 Muller Road
Burlington, MA 01803

One Communications
PO BOX 415721
Boston, MA 02241-5721

PCE
200 East New England Avenue
Suite 400
Winter Park, FL 32789

Pennoni Associates Inc
One Drexel Plaza
3001 Market ST
Philadelphia, PA 19175-2374

Phoenix Partnership
110 Washington Avenue
North Haven, CT 06473

Pick Crane Service Inc
373 Winchester Street
Newton Highlands, MA 02461

Pinnacle Telecom Group LLC
14 Ridgedale Ave., Suite 209
Cedar Knolls, NJ 07927

Pinnacle Wireless Gr
167 Holland Ave
New Milford, NJ 07646

Pitney Bowes Global Financial
PO Box 371887
PITTSBURGH, PA 15250-7887

Premium Assignment
P.O. Box 3066-3522
Thomasville Road
Tallahassee, FL 32315

Premium Assignment Corporation
Po box 3066-3522
Thomasville Rd
Tallahassee, FL 32315

Primus Electronics Corporation
4180 E. Sand Ridge Road
Morris, IL 60450

Prince Lobel Tye LLP
100 Cambridge St
Suite 2200
Boston, MA 02114

Principal Financial Group
PO Box 10372
Des Moines, IA 50306-0372

Principal Financial Group
201 Jones, Ste. 210
Waltham, MA 02451

Productive Const Services, Inc
968 Cape Road
PO Box 529
Limington, ME 04049

Quality Industrial Gases
138 Keystone Road
Chester, PA 19014

RAYCAP, INC.
W. 806 CLEARWATER LP, STE. C.
POST FALLS
IDAHO, ID 83854-9480

RBS Citizens Bank
28 State Street
Boston, MA 02109

Rebar & Mesh
11 Avco Road
Haverhill, MA 01835

Rexel CLS
P O Box 512374
Philadelphia, PA 19175-2374

RLCP - DES Printing
dba DES Printing
55 Johnson Street
Providence, RI 02905

Robert McNeely Vance & Co
29 Somerset St., 2nd Floor
Somerville, NJ 08876

Rockland Electric
PO Box 427
Montvale, NJ 07645

Safety Council of Western New
1000 Wilbraham Road
Springfield, MA 01109

Sheehan Appraisal
10 Chamberlain Street
Hopkinton, MA 01748

Sherwin Storage
92 County Rte 24
Malone, NY 12953

Site Sweeps, Inc
PO Box 125
Moncure, NV 27559

Soil Mechanics Drilling Corp
3770 Merrick Road
Seaford, NY 11783

South Shore Crane
PO Box 541
South Easton, MA 02375

STAPLES
StaplesBusinessAdvntge:DeptBOS
PO Box 415256
Boston, MA 02241-5256

STAPLES
Dept 00-05328612
PO Box 6721
The Lakes, NV 88901-6721

State of Maine
P.O. Box 9103
Augusta, ME 04332

State of New Hampshire
NH Dept of Revenue Administrat
PO Box 637
Concord, NH 03302-0637

Stephen Schofield
295 Mohawk Rd
Raynham, MA 02767

Stephen Wilson
20 Harborview Avenue
Bristol, RI 02809

Suburban Propane
P.O. Box 12159
ALBANY, NY 12212

Sunbelt Rentals
PO Box 409211
Atlanta, GA 30384-9211

Sweep Vault Systems
13 Peach Tree Drive
Sutton, MA 01590

T & E Technology
PO Box 260687
Mattapan, MA 02126

T-Mobile
PO Box 742596
CINCINNATI, OH 45274-2596

Talley
12976 Sandoval Street
Santa Fe Springs, CA 90670

TBW Solutions LLC
2555 Marconi DR
Suite 300
Alpharetta, GA 30005

TeamLogic IT Woburn/Andover
100-F Tower Office Park
Woburn, MA 01801

Teleco Systems Limited
45 Seneca Street
Baldwinsville, NY 13027

Teleconstructors
P.O.Box 3114
Plymouth, MA 02361

Telkore
5247 Simpson Ferry Road
Mechanicsburg, PA 17050

Terracon Consultants Inc
15 Holly St., Unit 105
Scarborough, ME 04074

TESSCO Incorporated
11126 McCormick Road
Hunt Valley, MD 21031-1494

Tiny & Sons Glass Co
PO Box 305
N Pembroke, MA 02358

TK Asphalt Services, Inc.
7 Industrial Way
Whitman, MA 02382

TK Design Associates
PO Box 465
Mendham, NJ 07945

Total Auto Parts
450 Pearl Street
Stoughton, MA 02072-1610

Town Crier
226 Lowell St
Wilmington, MA 01887

Town of Easton
P.O. Box 981089
Boston, MA 02298

Town of Easton
413 Bay Road
South Easton, MA 02375

Transcom Engineering Inc
17 Cole Road
Sterling, MA 01564

TRAVELERS
PO Box 660317
Dallas, TX 75266-0317

Travelers
CL Remittance Center
Hartford, CT 06183

Treasurer,State of Connecticut
PO Box 1869
Hartford, CT 06144-1869

Trimble
47071 Bayside Parkway
Fremont, CA 94538

TRS-RenTelco   (file#C0944908)
Anthony Schweitzer,
Comm Serv Grp 204E Mkt St
Louisville, KY 40202

United Rental
P O Box 100711
Atlanta, GA 30384-0711

US Edge Inc.
212 Carnegie Row
Norwood, MA 02062

USI NE
5700 Post Road
East Greenwich, RI 02818

USI New England
5700 Post Road
East Greenwich, RI 02818

Valley Health Medical Group
15 Essex Road, Ste 504
Paramus, NJ 07652

Van Cleef Engineering Associat
299 Cherry Hill Road
Suite 102
Parsippany, NJ 07054

Verizon
PO Box 15124
Albany, NY 1221-5124

Verizon
PO Box 1100
Albany, NY 12250-0001

Verizon Communication
PO Box 1100
Albany, NY 12250-0001

Verizon Credit Inc.
201 N. Franklin Street
Tampa, FL 33602

Verizon Credit Inc.
201 North Franklin Street
Suite 3300
Tampa, FL 33602

Verizon Credit Inc.
201 N. Franklin Street, Ste. 3300
Tempa, FL

Verizon Wireless
P.O. Box 15041
Worcester, MA 01615-0041

Versant Funding
2200 Fletcher Avenue
5th Floor
Fort Lee, NJ 07024

VHBEngg,Survey&LandscapeArchPC
2150 Joshua's Path
Suite 300
Hauppauge, NY 11788

Virginia Department ofTaxation
PO Box 760
Richmond, VA 23218-0760

W.B.Mason
PO Box 55840
Boston, MA 02205-5840

Winter's Rigging
PO Box 488
2110 Rt 249
North Collins, NY 14111

Wireless data Services, Inc
PO box 2286
Ramona, CA 92065-0939

WirelessNetworkConsultingGroup
38 Highland Avenue
Whippany, NJ 07984

Wright Express - Fleet Service
P.O. Box 639
Portland, ME 04104

Yankee Sprinkler Company
86 Depot Street
P O Box 700
South Easton, MA 02375-0700

## MAXTON TECHNOLOGY, INC.
### Dated
### NOVEMBER 23, 2011

Unanimous Consent of Directors and Stockholders

### <u>CERTIFICATE OF VOTE</u>

I, David P. Gadbois, being the duly elected Secretary of Maxton Technology, Inc. a Massachusetts Corporation, having a usual place of business at 50 Eastman Street, South Easton, Massachusetts, hereby certify that I have custody of its corporate records, and that the following resolutions were duly adopted by all of the directors and stockholders and hereby direct that the same be filed with the minutes of the meetings of directors of the corporation as though voted and resolved at a regularly scheduled and noticed meeting of said officers and directors, to wit:

I, the undersigned, being the President of the corporation hereby on behalf of the directors and stockholders, adopt pursuant to Massachusetts General Laws c. 156B §59 and Massachusetts General Laws c. 156D 7.04:

VOTED:   That in the judgment of the officers and directors and stockholders of this corporation it is desirable and in the best interests of the corporation, its creditors, stockholders and other interested parties, that a petition pursuant to Chapter 7 of the Bankruptcy Code, 11 U.S.C. §101 et seq be filed by this corporation.

VOTED:   That the President and Director, of this corporation, Kevin Cunningham be and hereby is, authorized and empowered, for and on behalf of this corporation and in its corporate name and behalf, to execute, acknowledge, verify and deliver a petition pursuant to Chapter 7 of the Bankruptcy Code, 11 U.S.C. §101 et seq.; and to cause the same to be filed with the United States Bankruptcy Court for the District of Massachusetts and to file such other instruments, schedules and other papers and to take any and all other action which either or both, so acting, may deem necessary or proper in connection with said proceedings.

VOTED:   That Nina M. Parker, Esquire of Parker & Associates, 10 Converse Place Winchester, Massachusetts 01890 be, and she hereby is, retained as counsel to represent this corporation in the matter of the aforementioned proceedings and with respect to all proceedings pursuant to the Bankruptcy Code.

Kevin J. Cunningham
President, Director and Stockholder
Maxton Technology, Inc.

A true copy attest

David P. Gadbois
Secretary, Maxton Technology, Inc.

11/23/2011